

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA    :
                      -v.-                           :    13 Cr. 460 (LAK)
    ANTONIO ORTIZ,    :    ORDER
                            Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-11-22

LEWIS A. KAPLAN, United States District Judge:

        Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, MATTHEW SHAHABIAN and MADISON REDDICK SMYSER, Assistant United States Attorneys, of counsel, and with the consent of ANTONIO ORTIZ, by and through his attorney, DONNA NEWMAN, it is hereby ORDERED that the defendant's bail conditions are modified to include a condition that the defendant is not to contact the victim or the victim's mother. It is further ORDERED that the Government provide the names of the victim and the victim's mother to Probation, and that Probation in turn provide these names to the defendant.

        SO ORDERED.

Dated: 5/11/22
New York, New York

                                                        _____
                                                          THE HONORABLE LEWIS A. KAPLAN
                                                          United States District Judge