


ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-12-22

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2022

**BY ECF AND EMAIL**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. Antonio Ortiz*, 13 Cr. 460 (LAK)

Dear Judge Kaplan:

The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that internal chronologies maintained by Probation, detailing Antonio Ortiz's supervision, be unsealed, as well as any notes related to Mr. Ortiz's supervision from the Eastern District of New York's Probation Office that are in the possession of the Southern District of New York's Probation Office.

The Court has scheduled a VOSR hearing in this case for June 7, 2022. At that hearing, the Government intends to prove the Specifications set forth in the February 3, 2022 Violation Report. Probation has indicated that they have information relevant to the Specifications and upcoming hearing contained within their chronologies and related notes. Accordingly, the Government respectfully requests that the Court enter an order unsealing these chronologies and related notes in advance of the June 7 hearing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Matthew R. Shahabian/Madison R. Smyser
Assistant United States Attorneys
(212) 637-1046/-2381

cc:   Donna Newman, Esq. (by ECF and email)
Probation Officer Amber Wilton (by email)

Granted
LEWIS A. KAPLAN, USDJ
5/12/22