

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2022

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Antonio Ortiz*, 13 Cr. 460 (LAK)

Dear Judge Kaplan:

    The Government writes to request a brief adjournment of the hearing in this VOSR case, currently scheduled to begin June 7, 2022, to a date convenient for the Court the week of June 27, 2022. The defendant consents and joins in the request.

    The Government spoke with the victim of the rape/incest specifications this week. Based on those conversations, the Government understands that the victim is anxious for a prompt hearing, but, given that the victim is scheduled to begin her summer internship the week of June 6 out of state, it would be a significant burden on the victim if the hearing were to commence on the date scheduled. The Government understands that it would be considerably easier logistically for the victim if the hearing were scheduled for a date after June 16, 2022. As the Government previously informed the Court's deputy, the Government anticipates the hearing would take at most two days. The Government understands from the Court's deputy that the Court is unavailable the week of June 20. Prior to the Government speaking to the victim this week, defense counsel informed the Government that the defense also planned to seek an adjournment of the hearing to the end of June so that the defense had additional time to prepare for the hearing. The defense thus joins in the Government's request.

*Granted. Adjourned to 6/28/22 - 6/29/22 (если needed) Continuing at 9:30 a.m.*

SO ORDERED

LEWIS A. KAPLAN, USDJ

5/16/22

Accordingly, the Government respectfully requests the Court adjourn the hearing to a date convenient for the Court the week of June 27. Defense counsel has a sentencing scheduled before Judge Rakoff on June 28 at 2:00 p.m., but is otherwise available that week.

>Respectfully submitted,
>
>DAMIAN WILLIAMS
>United States Attorney for the
>Southern District of New York
>
>By:   /s/_____
>      Matthew R. Shahabian
>      Madison Reddick Smyser
>      Assistant United States Attorneys
>      (212) 637-1046/-2381

cc: Donna Newman, Esq. (by ECF)