```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6/29/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

           -against-                                           13-cr-460 (LAK)

ANTONIO ORTIZ,

                    Defendant.

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        All of the parties' pending *in limine* motions (including Dkts 52, 55 and 62) are denied without prejudice to renewing the applications for relief during the revocation hearing.

        SO ORDERED.

Dated:      June 29, 2022

                                                        Lewis A. Kaplan
                                            United States District Judge